ACCEPTED
01-14-00156-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/16/2015 2:31:31 PM
CHRISTOPHER PRINE
CLERK

NO: 01-14-00156-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/16/2015 2:31:31 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| JAVIER GALINDO PACHECO | § | IN THE FIRST |
| V. | § | COURT OF APPEALS |
| STATE OF TEXAS | § | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/17/2015 11:28:00 AM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR APPELLANT AND ORDER GRANTING SAME

Maite Sample, the Court appointed appellate counsel for Appellant, Javier Galindo Pacheco, respectfully moves to withdraw as counsel in this case.

The reason for this request is that following a careful review of the complete court record and transcripts in this case, including the presentence report; after corresponding with Appellant, and after researching the law as it relates to the facts of this case, counsel has concluded that any further proceedings on behalf of Appellant would be wholly frivolous and without arguable merit within of *Anders v. California*, 386 U.S. 738 (1967) and its progeny. A copy of a letter sent to Appellant informing him of the filing of the Anders brief along with this motion to withdraw is attached to this motion.

/s/ *Maite Sample*
Maite Sample
SBOT # 24052072

## CERTIFICATE OF SERVICE

A true copy of this motion has been delivered via email to the appellate division of the Harris County District Attorney's office on February 9, 2015.

/s/ *Maite Sample*
Maite Sample

NO: 01-14-00156-CR

| | | |
|---|---|---|
| JAVIER GALINDO PACHECO | § | IN THE FIRST |
| V. | § | COURT OF APPEALS |
| STATE OF TEXAS | § | HOUSTON, TEXAS |

**<u>ORDER</u>**

Counsel for the appellant moves for permission to withdraw as attorney of record for the appellant and to be relieved of any future professional obligation, responsibility, or duty to the appellant. After considering the same, the Court finds the motion should be granted.

Therefore, it is ORDERED that Maite Sample is hereby relieved of any future professional obligation, responsibility or duty to the appellant other than providing access to any and all materials which are necessary to represent appellant in this case and which are within her possession to retained counsel.

SIGNED AND ENTERED this _____ day of _____, 2015.

_____
Justice Presiding